```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| LILA MARIE TRUITT,         ) | |
|                            ) | No. CV-10-452-JPH |
|         Plaintiff,         ) | |
|                            ) | ORDER DISMISSING COMPLAINT |
| v.                         ) | |
|                            ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security,        ) | |
|                            ) | |
|         Defendant.         ) | |
|                            ) | |

BEFORE THE COURT is the hearing directing Plaintiff to show cause why the complaint should not be dismissed for want of prosecution of the claim, held telephonically on July 30, 2012, ECF No. 16. Plaintiff did not participate in the hearing. Special Assistant United States Attorney Marc Thayne Warner appeared for defendant.

The parties have consented to proceed before a magistrate judge, ECF No. 6. The court noted plaintiff has not filed anything in the case for nearly a year, despite the court's scheduling order entered on August 3, 2011, ECF No. 12.

After reviewing the record,

**IT IS ORDERED** that **the complaint is dismissed with prejudice**.

The District Court Executive is directed to file this order, provide copies to the parties, and **CLOSE THE FILE**.

DATED this 30th day of July, 2012.

                                   s/ James P. Hutton
                                   JAMES P. HUTTON
                                   UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING COMPLAINT
                    - 1 -